UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:23-cr-00279-VMC-LSG

LINO MALLARI GUTIERREZ

**UNITED STATES OF AMERICA'S SECOND NOTICE OF FILING DECLARATIONS OF AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by and through the undersigned, respectfully files Declarations of Authentication of Business Records ("Declarations") concerning records of the entities listed in the below table. The Declarations are attached hereto in Attachment A.

The relevant business records were secured during the investigation of this case. The business records have therefore been made available to defense counsel as part of discovery. In filing this notice and the attached Declarations, and serving same upon the defendant, the United States hereby gives notice that it may offer one or more of the records identified in the Declarations into evidence at trial in this case pursuant to Fed. R. Evid. Rules 803(6) and 902(11). Under the cited rules, live testimony of a records custodian is not necessary to authenticate these records.

1

| Custodian | Description of Records | Bates Range |
|---|---|---|
| Decision One Health, LLC | Corporate records obtained pursuant to subpoena | DOH-GJ0000001– 076339 |
| Decision One Health, LLC – Jonathan Rouffe | Corporate records obtained from Rouffe | JR-DO_0000001–0039042 |
| Landmark Medical, LLC | Corporate records obtained pursuant to subpoena | LM-GJ0000001–044877 |
| Landmark Medical, LLC – Jonathan Rouffe | Corporate records obtained from Rouffe | JR-LM_0000001– 0031633 |
| Microsoft Corp. | Prizm Media emails related to Decision One Health and Landmark Medical obtained from Microsoft pursuant to search warrant | DISC-12527–12561<br>DISC-12987–13011<br>GUTIERREZ-00426–00480<br>GUTIERREZ-00560–00563 |
| Newfold Digital, Inc. | Regency4dme.com emails related to Decision One Health and Landmark Medical obtained pursuant to search warrant | DISC-12486–12511<br>GUTIERREZ-00518–00544 |
| Prizm Media Inc. | Corporate records related to Decision One Health and Landmark Medical | Hayat_DOJ_0057205–0057429 |

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

By: /s/Jennifer L. Peresie
Jennifer L. Peresie
Assistant United States Attorney
United States Attorney No. 120
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Jennifer.Peresie@usdoj.gov

**U.S. v. LINO MALLARI GUTIERREZ      Case No. 8:23-cr-00279-VMC-LSG**

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel on record.

/s/*Jennifer L. Peresie*
Jennifer L. Peresie
Assistant United States Attorney
United States Attorney No. 120
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Jennifer.Peresie@usdoj.gov