# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Lino Mallari Gutierrez_____, am the custodian of records or am otherwise
            (name)
qualified to authenticate the records of ___Decision One Health, LLC_____
                                                                (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

2019R01425004.

List of records provided:
                    DOH-GJ0000001-DOH-GJ076339

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

_____
_____

Lino Gutierrez
Printed Name
01·25·2025
Date

                                  Signature

DISC-39506

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, ___Jonathan Rouffe_____, am the custodian of records or am otherwise
            (name)
qualified to authenticate the records of ___Decision One Health, LLC_____
                                            (company or business)

I have provided the following records to the United States:
JR-DO_0000001-JR-DO_0039042

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

   Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

   The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.


 Jonathan Rouffe_____           _____
Printed Name                                  Signature
 2/17/2025_____
Date

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, ___Lino Mallari Gutierrez_____, am the custodian of records or am otherwise
            (name)
qualified to authenticate the records of ___Landmark Medical, LLC_____
                                                    (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

2019R01425007.

List of records provided:

LM-GJ0000001-LM-GJ044877

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.


_Lino Gutierrez_
Printed Name

01-25-2025
Date

Signature

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, ___Jonathan Rouffe_____, am the custodian of records or am otherwise
             (name)
qualified to authenticate the records of ___Landmark Medical, LLC_____
                                                              (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

2019R01425007.

List of records provided:

LM-GJ0000001-LM-GJ044877

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

_____

_____                    _____
Printed Name                                                              Signature

_____
Date

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS
## PURSUANT TO FEDERAL RULES OF EVIDENCE
## 902(11) AND 902(13)

I, Evelyn Blackwell, attest under penalties of perjury by the laws of the United States of America pursuant to 28 U.S. Code § 1746, that the information contained in this certification is true and correct. I am employed by Microsoft Corporation and am a Custodian of Records and/or otherwise qualified to authenticate the records of Microsoft Corporation. Microsoft Corporation has provided the records attached hereto or otherwise separately provided through reliable electronic means, associated with reference LNS-1721281-Y3N3M1 pursuant to a legal process. I am familiar with how the records were created, managed, stored, and retrieved based on my training and experience.

I hereby certify that the records are business records of the regularly conducted activity, or true and correct duplicates thereof, in the custody of Microsoft Corporation, and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that these records are:

1) made at or near the time of the occurrence of the matter set forth in the records by a person with knowledge of those matters or for information transmitted by a person with knowledge of those matters;
2) are true copies of the original records described in the Legal Process;
3) are kept in the course of regularly conducted activity;
4) were made by the regularly conducted activity as regular practice.

I further certify that the records were generated by an electronic process or system that produces an accurate result. To the best of my knowledge, (1) the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Microsoft Corporation in a manner to ensure that they are true duplicates of the original records; and (2) the process or system is regularly verified by Microsoft Corporation, and at all times pertinent to the records certified here, the process and system functioned properly and normally.

The address and phone number where I can be reached are:

Microsoft Corporation
One Microsoft Way, Redmond, WA  98052-6399
425-722-1299

1/7/2025

Signed: _____

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __Bethena Dasher__ , attest, under penalties of perjury by the laws
<br>*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Newfold Digital, Inc.__
<br>*Entity*

(hereinafter "the entity"), and my title is __Senior Manager/Records Custodian__ . I am qualified
<br>*Title*

to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the provider. The attached records consist of __Account info and emails re regency4dme.com__ . I further state that:
<br>*Generally describe records (pages/CDs or DVDs/megabytes)*

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by the entity, and at all times pertinent to the records certified here the process and system functioned properly and normally.

      I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

| January 3, 2025 | *Buthena Dasher* |
|---|---|
| Date | Signature |

DISC-39322

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, Zeeshan Hayat, am the custodian of records or am otherwise
    (name)
qualified to authenticate the records of Prizm Media Inc
                                          (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

_____.

List of records provided:
    Hayat_DOJ_0057205-Hayat_DOJ_0057429

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**
    Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:
    The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and
    The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

5691 Nakat Way Blaine
W.A. 98230
206-734-9159

Zeeshan Hayat                                          [signature]
Printed Name                                           Signature
Jan/07/2025
Date

DISC-39320